**LAW OFFICES OF JAMES D. HENDERSON**
JAMES D. HENDERSON
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403-4643
Telephone:      310-264-1898
Facsimile:      310-264-4755
e-mail:  jdh@hendersonlaw.us

Attorneys for Defendant
JEANNE CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-CR-00016-LJO-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JEANNE CHRISTENSEN, | NO HEARING REQUESTED |
| Defendant. | |

GOOD CAUSE BEING SHOWN, and there being no objection from the Office of the United States Attorney or from the United States Probation Office, the previously ordered three year term of probation in this cause for the Defendant Jeanne Christensen is terminated forthwith.

IT IS SO ORDERED.

Dated:   **August 23, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] ORDER